UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TP, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:15-CV-92-D |
| | ) | |
| AYERS & HAIDT, PA, | ) | |
| | ) | |
| Appellee. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court dismisses the appeal for appellant's failure to comply with this court's order of December 2, 2015. The clerk shall close the case.

**This Judgment Filed and Entered on December 29, 2015, and Copies To:**

| | |
|---|---|
| Ronald Bryant, Officer | (via US Mail to: 220 Sunrise Ridge, Vilas, NC 28692) |
| David J. Haidt | (via CM/ECF electronic notification) |
| Algernon L. Butler, III | (via CM/ECF electronic notification) |
| Hunter E. Fritz | (via CM/ECF electronic notification) |

DATE  **JULIE RICHARDS JOHNSTON, CLERK**

December 29, 2015  By: /s/ Crystal Jenkins

Deputy Clerk